UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x   Docket 19 CV 05165

JS, a minor 17 years of age, by her mother and natural guardian, LINDA
SNYDER, individually and on behalf of all those other 16 and 17 year old          (JS)(AKT)
minors arrested by the Nassau County Police Department and coerced into
entering and appearing in the Nassau County Adolescent Diversion Program
(ADP) without the statutory protections afforded to other criminal defendants    **REPLY TO**
in the County of Nassau, and LINDA SNYDER, individually and on behalf of    **CROSS-CLAIM**
all others whose cellular phone-electronic devices are seized by law enforcement
officers without a warrant or under exigent circumstances in Nassau County;
LINDA SNYDER, individually and on behalf of all those other persons in Nassau
County and whose cellular phones and smart phones had seized but have not yet
been returned although no circumstances exist which might justify law enforcement
officials in retaining those devices; and J.S., a minor, LINDA SNYDER, individually
and on behalf of all the parents of those 16 and 17 year old minors arrested by the
Nassau County Police Department and coerced into entering the Nassau County
Adolescent Diversion Program (ADP) who underwent psychological examination
and questioning by the Nassau County Probation Department without informed
consent, the presence of an attorney or HIPAA release and from whom
information was dissemination to the Nassau County District Attorney's Office,

                                      Plaintiffs,

- against-

COUNTY OF NASSAU, MADELINE SINGAS as Nassau County District Attorney,
PATRICK J. RYDER as Commissioner of Police, Nassau County Police Department;
and the NASSAU COUNTY POLICE DEPARTMENT; Nassau County Police Detective
DAMIEN SAUREZ #8794, Nassau County Police Detective BRENDAN C. GIBBS
(#8774) individually and in their official capacity, NASSAU COUNTY POLICE
OFFICERS JOHN AND JANE DOE #1-10, individually and in their official
capacity; and HEMPSTEAD POLICE OFFICERS JOHN AND JANE DOE #1-10,
individually and in their official capacity as officers of the Village of Hempstead Police
Department, Hempstead Police Officer ROTH No. 1252, individually and in his official
capacity ; and the Village of Hempstead Police Department; JOHN PLACKIS, as
Director of Probation, and Nassau County Department of Probation, N. SCOTT
BANKS as Attorney in Chief, Legal Aid Society of Nassau County; HON. JANET
DIFIORE as Chief Judicial Officer of the State of New York and Chief Judge of
the Court of Appeals; HON. NORMAN ST. GEORGE, District Administrative Judge,
County of Nassau in the representative capacities as the administrative and procedural
managers and supervisors of the Unified Court System of the 10th Judicial
District; MARY MCCORMICK, as C.E.O. of Center for Court Innovation Fund for the
City of New York and the Center for Court Innovation, and BRANDON CHAMBERS,

                                      Defendants.
------------------------------------------------------------------------------------x

Defendants Hon. Janet DeFiore, as Chief Judicial Officer of the State of New York, Hon. Norman St. George, District Administrative Judge, County of Nassau and the Unified Court System of the 10th Judicial District, by their attorney LETITIA JAMES, Attorney General for the State of New York, as and for their reply to the cross-claim interposed by Defendants Hempstead Police Officer and Village of Hempstead Police Department, herein alleges as follows:

1. Deny the allegations contained in paragraphs numbered "34" and "35" in their entirety.

### FIRST AFFIRMATIVE DEFENSE

3. Qualified immunity bars the claims against the State Defendants as their conduct was justified by an objectively reasonable belief that it was lawful. At all times mentioned in the Complaint and Cross-claims, the State Defendants acted in good faith and had reasonable grounds to believe they were in compliance with applicable law.

WHEREFORE, Defendants respectfully requests that this Court dismiss the Cross-claim and deny the relief requested, and provide such other and further relief as this Court may deem just and proper.

Dated: Hauppauge, New York
December 16, 2019

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for the State Defendants

By:   *Lori L. Pack*
        LORI L. PACK (LLP/8303)
        Assistant Attorney General
        300 Motor Parkway, Suite 230
        Hauppauge, New York 11788
        (631) 231-2177