AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

JORDAN SNYDER and LINDA SNYDER

*Plaintiff(s)*

v.

Civil Action No. 19-CV-5165 (GRB)(AKT)

COUNTY OF NASSAU;
MADELINE SINGAS; PATRICK J. RYDER; COUNTY POLICE DEPARTMENT;  Nassau County Police Detective Damien Saurez # 8794, et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF NASSAU;
C/O Nassau County Attorney's Office, 1 West Street, Mineola NY 11501

PATRICK J. RYDER
NASSAU COUNTY POLICE DEPARTMENT
1490 Franklin Ave Garden City, NY 11501
(see enclosed addendum, continued)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cory H. Morris, Esq.
Law Offices of Cory H. Morris, Cory H. Morris, P.C.
135 Pinelawn Road, Suite 250s
Melville NY 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 02/24/2020

*Chelsea Tirado*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-5165 (GRB)(AKT)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Index No: **2:19–cv–05165** GRB–AKT

# United States District Court
*for the*
## EASTERN DISTRICT OF NEW YORK

**JORDAN SNYDER** and **LINDA SNYDER**,

*Plaintiffs*

–v–

**COUNTY OF NASSAU; MADELINE SINGAS** as **NASSAU COUNTY DISTRICT ATTORNEY; PATRICK J. RYDER as Commissioner of Police, Nassau County Police Department and the NASSAU COUNTY POLICE DEPARTMENT;** Nassau County Police Detective Damien Saurez # 8794, Nassau County Police Detective Brendan C Gibbs (# 8774) individually and in their official capacity; Nassau County Police Officers John and Jane Doe # 1–10, individually and in their official capacity; **VILLAGE OF HEMPSTEAD** and Hempstead Police Officer Ian Roth No. 1252, individually and in his official capacity; Hempstead Police Officers John And Jane Doe # 1–10, individually and in their official capacity as officers of the Village of Hempstead Police Department, and the **VILLAGE OF HEMPSTEAD POLICE DEPARTMENT; JOHN PLACKIS**, as **DIRECTOR OF PROBATION,** and **NASSAU COUNTY DEPARTMENT OF PROBATION**, And **BRANDON CHAMBERS**,

*Defendants*

## SUMMONS CAPTION AND ADDENDUM
## TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Summons-Addendum, 19-CV-5165 (GRB)(AKT)

# ADDENDUM

Nassau County Police Detective Damien Saurez # 8794

    1490 Franklin Ave Garden City, NY 11501 C/O Nassau County Attorney's Office, 1 West Street, Mineola NY 11501

Nassau County Police Detective Brendan C Gibbs (# 8774)

    1490 Franklin Ave Garden City, NY 11501 C/O Nassau County Attorney's Office, 1 West Street, Mineola NY 11501

PATRICK J. RYDER and the NASSAU COUNTY POLICE DEPARTMENT

    1490 Franklin Ave Garden City, NY 11501 C/O Nassau County Attorney's Office, 1 West Street, Mineola NY 11501

MADELINE SIGNAS, NASSAU COUNTY DISTRICT ATTORNEY

    99 Main Street, Hempstead NY 11550

VILLAGE OF HEMPSTEAD O/B/O Village of Hempstead POLICE DEPARTMENT and Hempstead Village Police Officer Ian Roth

    VILLAGE OF HEMPSTEAD 99 James A. Garner Way, Hempstead NY 11550

JOHN PLACKIS, as DIRECTOR OF PROBATION, and NASSAU COUNTY DEPARTMENT OF PROBATION,

    400 County Seat Drive, Mineola, NY 11501

BRANDON CHAMBERS,

    27 Albemarle Avenue, Hempstead NY 11550