UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jordan Snyder and Linda Snyder
Plaintiff(s),

vs.

County of Nassau, et al.
Defendant(s).

ATTORNEY: THE LAW OFFICES OF CORY H. MORRIS

CIVIL ACTION NO.:: 19-CV-5165 (GRB)(AKT)

DATE OF FILING: 02/24/2020

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Joseph Exilus, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **03/04/2020** at **1:20 PM** at **27 Albemarle Ave, Hempstead, NY 11550**,
Deponent served the **Summons in a Civil Action, Second Amended Verified Complaint** upon **Brandon Chambers**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Mr. Johnson,**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of residence and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Black**  Hair: **Black**  Age (Approx): **5**  Height(Approx): **5'10"**  Weight(Approx): **170-180 lbs**   Glasses: **No** Other:

On **03/04/2020**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
March_____  2020

Joseph Exilus

---

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK
COMMISSION EXPIRES SEPTEMBER 20, 2021

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447  Lic#1376042
Case No: 1606265