UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JORDAN SNYDER AND LINDA SNYDER,                    Docket No.: 2:19-CV-5165
                                                                                (GRB) (AKT)
                                  Plaintiffs,
       -against-                                                          **BRIEFING SCHEDULE**
                                                                          **STIPULATION**
COUNTY OF NASSAU; MADELINE SINGAS as
NASSAU COUNTY DISTRICT ATTORNEY; PATRICK
J. RYDER as Commissioner of Police, Nassau County
Police Department; Nassau County Police Detective
Damien Suarez #8794, Nassau County Police Detective
Brendan C Gibbs (#8774) individually and in their official
capacity; Nassau County Police Officers John and Jane Doe
# 1 – 10, individually and in their official capacity;
Hempstead Police Officers John and Jane Doe # 1 – 10,
individually and in their official capacity as officers of the
Village of Hempstead Police Department, and the
VILLAGE OF HEMPSTEAD POLICE DEPARTMENT;
JOHN PLACKIS, as DIRECTOR OF PROBATION, and
NASSAU COUNTY DEPARTMENT OF PROBATION,
AND BRANDON CHAMBERS,

                                  Defendants.
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above entitled action as follows:

1. County Defendants on or before July 13, 2020, shall serve and file their Rule 56 Motion for Summary Judgment.

2. Plaintiffs on or before August 13, 2020, shall serve and file their Opposition Papers to both the Defendant's County of Nassau and Defendant Village of Hempstead's Rule 56 Motions for Summary Judgment;

3. Defendants on or before August 28, 2020, shall serve and file their Reply Papers to the Plaintiffs' Opposition and in Further Support of their respective Motions for Summary Judgment.

Dated: June 16, 2020
          Uniondale, New York

| THE LAW OFFICES OF CORY H. MORRIS | HARRIS BEACH PLLC |
|---|---|
| By: /s/ <br>Cory H. Morris, Esq. <br>*Attorneys for Plaintiffs* <br>135 Pinelawn Road, Suite 250S <br>Melville, New York 11747 <br>(631) 450-2515 | By: _____ <br>William J. Garry, Esq. <br>*Attorney(s) for Village Defendants* <br>333 Earl Ovington Blvd., Suite 901 <br>Uniondale, New York 11553 <br>(516) 880-8484 |

**JARED A. KASSCHAU, ESQ., COUNTY OF NASSAU**

By: _____
Pablo A. Fernandez, Esq.
*Attorneys for County Defendants*
One West Street
Mineola, New York 11501
(516) 571-5775

_____
SO ORDERED
HON. GARY R. BROWN, U.S.D.J.