**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JORDAN SNYDER and LINDA SNYDER,

                Plaintiffs,

   - against -

COUNTY OF NASSAU, MADELINE SINGAS as Nassau County District Attorney; PATRICK J. RYDER, as Commissioner of Police, Nassau County Police Department; the NASSAU COUNTY POLICE DEPARTMENT; Nassau County Police Detective DAMIEN SUAREZ #8794, Nassau County Police Detective BRENDAN C. GIBBS (#8774) individually and in their official capacity; NASSAU COUNTY POLICE OFFICERS JOHN AND JANE DOE#1-10, individually and in their official capacity; VILLAGE OF HEMPSTEAD and HEMPSTEAD POLICE OFFICER IAN ROTH NO. 1252, individually and in his official capacity; HEMPSTEAD POLICE OFFICERS JOHN AND JANE DOE #1-10, individually and in their official capacity as officers of the Village of Hempstead Police Department, and VILLAGE OF HEMPSTEAD POLICE DEPARTMENT; JOHN PLACKIS, as Director of Probation, and NASSAU COUNTY DEPARTMENT OF PROBATION; and BRANDON CHAMBERS,

                Defendants.
-------------------------------------------------------------X

**JUDGMENT**
CV 19-5165 (GRB)(AKT)

      An electronic Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on May 7, 2021, granting plaintiffs' application to dismiss this action, dismissing this action, and directing judgment to be entered in favor of the defendants and the matter closed, it is

      **ORDERED AND ADJUDGED** that plaintiffs Jordan Snyder and Linda Snyder take nothing of defendants; that this action is dismissed; and that this case is closed.

Dated: May 10, 2021
      Central Islip, New York

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT
                    BY:    /S/ JAMES J. TORITTO
                                      DEPUTY CLERK